UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------X

PATRICIA O'CONNER and MEGAN O'CONNOR,

                Plaintiffs,

-against-

THE DODGE COMPANY, INC.; PIERCE COMPANIES; HYDROL CHEMICAL COMPANY; XYZ CORP., INC. (1-100); JOHN DOES (1-100) and JANE DOES (1-100);

                Defendants.

-----------------------------------------------------------X

Civil Action No.:
16-cv-05177-JLL-JAD

**STIPULATION EXTENDING TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel, that defendant Pierce Companies' time to answer, move or otherwise respond to the Complaint has been extended to September 30, 2016. Defendants do not waive any defenses by this stipulation.

Dated: Woodcliff Lake, New Jersey
        August 30, 2016

LAW OFFICE OF ROBERT A. TANDY

By: _____
     Robert Tandy
50 Tice Boulevard, Suite 363
Woodcliff Lake, New Jersey 0767
*Attorneys for Plaintiffs*

Dated: New York, New York
        August 30, 2016

MICHELMAN & ROBINSON LLP

By: _____
     Joshua Blechner
800 Third Ave., 24th Floor
New York, New York 10022
*Attorneys for Defendant Pierce Companies*

**SO ORDERED**

s/*Joseph A. Dickson*
_____
Joseph A. Dickson, U.S.M.J.

Date: 8/31/16