# EXHIBIT C



# Formaldehyde

[Back to Search Results]

**Substance Details**

| | |
|---|---|
| Internal Tracking Number: | 1008 |
| Substance Status: | Approved |
| Substance Type: | Chemical Substance |
| Systematic Name: | Formaldehyde |
| CAS Number: | 50-00-0 |
| EPA Registry Name: | Formaldehyde |
| Molecular Weight: | 30.03 |
| Molecular Formula: | $CH_2O$ |

Show More Metadata

For more information about the substance, you may click one of the links below to take you to the relevant section:

- **Health information about this substance**
- **Program and regulatory information about this substance, including links to EPA applications/systems, statues/regulations, or other sources that track or regulate this substance**
- **Information about related substances**

View and print a PDF of this substance's Details Report

# Health and Other Scientific Information

The following list includes links related to the selected substance. Some of the following links exit EPA's site [Exit].

| References |
|---|
| IRIS QuickView |
| NJ RTK Hazardous Substance Fact Sheet |
| NIOSH International Chemical Safety Card |
| ATSDR Toxicological Profile |
| ChemID Plus Advanced Link |
| ChemID Plus Link |
| TERA Toxicity Estimate - View Chemical Report |
| Full IRIS Summary |
| OSHA Chemical Sampling Information |
| Hazardous Air Pollutants Hazard Summary |
| Screening Information Data Set Chemical Profiles |
| NIOSH Criteria Document |
| ATSDR Minimum Risk Levels for Hazardous Substances |
| TSCATS Low Detail Report |
| FDA UNII URL |
| OSHA Sampling and Analytical Method No. ID-205 Backup Report |
| OSHA Sampling and Analytical Method No. 52 |
| OSHA Sampling and Analytical Method No. ID-205 |

Top of Page

# Program and Regulatory Information

**Statutes/Regulations**

Below are the EPA applications/systems, statutes/regulations, or other sources that track or regulate this substance. This table shows how each list refers to the substance. To view more metadata about the specific Synonym, click on the Synonym.

| Statutes/Regulations | Synonym | Synonym Quality | Effective Date | End Date |
|---|---|---|---|---|
| SDWA NPDWR | Formaldehyde | Valid | | |
| TSCA Inv | Formaldehyde | Valid | | |
| EPCRA 302 | Formaldehyde | Valid | 11/17/1986 | |
| CAA112(b) HON | Formaldehyde | Valid | | |
| SARA 110 | Formaldehyde | Valid | 10/20/1988 | |
| CWA 311 | Methanal | Valid | 03/13/1978 | |
| 2016 CDR TSCA Inv | Formaldehyde | Valid | | |
| CWA 311 | Formalin | Valid | 03/13/1978 | |
| CERCLA | Formaldehyde | Valid | | |
| CAA 111 | Formaldehyde | Valid | 01/05/1981 | |
| EPCRA 313 | Formaldehyde | Valid | 01/01/1987 | |
| CWA 311 | Methyl aldehyde | Valid | 03/13/1978 | |
| CAA112(b) HAP | Formaldehyde | Valid | | |
| CAA 112R | Formaldehyde (solution) | Valid | 01/31/1994 | |
| CAA 202A | Formaldehyde | Valid | | |
| RCRA Appendix VII | Formaldehyde | Valid | 05/19/1980 | |
| RCRA U Waste | Formaldehyde | Valid | 11/25/1980 | |
| CWA 311 | Formaldehyde | Valid | 03/13/1978 | |
| RCRA Appendix VIII | Formaldehyde | Valid | | |
| CAA 109 | Formaldehyde | Valid | | |
| FIFRA-Inerts | Formaldehyde | Valid | | |

**EPA Applications/Systems**

Below are the EPA applications/systems, statutes/regulations, or other sources that track or regulate this substance. This table shows how each list refers to the substance. To view more metadata about the specific Synonym, click on the Synonym.

| EPA Applications/Systems | Synonym | Synonym Quality | Effective Date | End Date |
|---|---|---|---|---|
| CHIPS | Formaldehyde | Valid | | |
| ICIS-Air | Formaldehyde | Valid | | |
| GLENDA | Formaldehyde | Valid | | |
| PCS | Formalin (1670 mg/L application) | Valid | | |
| GCES | Formaldehyde | Valid | | |
| EIS | Formaldehyde | Valid | 01/01/1970 | |
| PCS | Formaldehyde | Valid | | |
| WQX | Formaldehyde | Valid | | |
| HPVC List | Formaldehyde | Valid | | |
| EIMS | Formaldehyde | Valid | | |
| ERNS | Formaldehyde (gas) | Valid | | |
| ICIS | Formaldehyde | Valid | | |
| ECOTOX | Formol | Valid | | |
| CAMEO Chemicals | Formalin solution | Valid | | |
| AQS | Formaldehyde | Valid | | |
| CAMEO Chemicals | Formaldehyde (environmentally hazardous substances, solid, n.o.s.) | Valid | | |
| ERNS | Fyde | Valid | | |
| RMP*Info | Formaldehyde (solution) | Valid | | |
| IRIS | Formaldehyde | Valid | | |
| ERNS | Methylene oxide | Valid | | |
| CAMEO Chemicals | Formaldehyde, 37% methanol solution | Valid | | |
| CORR | Formaldehyde | Valid | | |
| TRIPS | Formaldehyde | Valid | | |
| CERCLIS3 | Formaldehyde | Valid | | |
| ERNS | Formaldehyde | Valid | | |
| Sub Haz Prof | Formaldehyde | Valid | | |
| PCS | Formalin (250 mg/L application) | Valid | | |

| | | | | |
|---|---|---|---|---|
| 2012 CDR | Formaldehyde | Valid | | |
| OPPIN | Formaldehyde (as impurity only; no longer cleared as inert) | Valid | | |
| ECOTOX | Formaldehyde | Valid | | |
| STORET | Formaldehyde | Valid | | |
| OPPIN | Formaldehyde | Valid | | |
| ECOTOX | Formalin | Valid | | |
| TSCA Inv Syns | Formaldehyde | Valid | | |
| TSCATS | Formaldehyde | Valid | | |
| ERNS | Methanal | Valid | | |
| HPVIS | Formaldehyde | Valid | | |
| PCS | Formalin | Valid | | |
| CAMEO Chemicals | Formaldehyde, solutions (formalin) (corrosive) | Valid | | |
| MTL96 | Formaldehyde | Valid | | |
| CAMEO Chemicals | Formaldehyde, solution, flammable | Valid | | |

**Other Sources**

Below are the EPA applications/systems, statutes/regulations, or other sources that track or regulate this substance. This table shows how each list refers to the substance. To view more metadata about the specific Synonym, click on the Synonym.

| Other Sources | Synonym | Synonym Quality | Effective Date | End Date |
|---|---|---|---|---|
| CUS86 | Formaldehyde | Valid | | |
| OSHA PSM-29 CFR 1910.119 App A | Formaldehyde (Formalin) | Unknown | 08/11/2013 | |
| CUS02 | Formaldehyde | Valid | | |
| IARC | Formaldehyde | Valid | | |
| CUS94 | Formaldehyde | Valid | | |
| NJ-RTK-HS | Formaldehyde | Valid | | |
| ChemIDStd | Formaldehyde | Valid | | |
| SIDS | Formaldehyde | Valid | | |
| CA Index | Formaldehyde | Valid | | |
| CUS90 | Formaldehyde | Valid | | |
| SDWIS-Enviro | Formaldehyde | Valid | | |
| MTL | Formaldehyde | Valid | 01/01/1992 | |
| HSDB | Formaldehyde | Valid | | |
| ATSDR | Formaldehyde | Valid | | |
| NTP Chemical Repository | Formaldehyde, 37% solution | Valid | | |
| CUS98 | Formaldehyde | Valid | | |
| ITER | Formaldehyde | Valid | 12/19/2014 | |
| CFATS | Formaldehyde (solution) | Unknown | 08/08/2013 | |

**Ad Hoc List**

| Ad Hoc List | Synonym | Synonym Quality | Effective Date | End Date |
|---|---|---|---|---|
| WDNR | Formaldehyde | Valid | 03/27/2013 | |
| RSL | Formaldehyde | Valid | | |
| AEGL | Formaldehyde | Unknown | | |

**Additional Synonyms**

| Additional Synonyms | Synonym | Synonym Quality | Effective Date | End Date |
|---|---|---|---|---|
| EPA | Formaldehyde | Valid | | |

Top of Page

# Related Substances

This substance exists as a Related Substance of the following substances.

| Systematic Name | Synonym | CAS Number | TSN | EPA Identifier | Effective Date | End Date |
|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Distillation side cuts from the production of acetaldehyde from ethylene. | Distillation side cuts from the production of acetaldehyde from ethylene. | E740928 | 05/15/2000 | |
| Distillation bottoms from the production of acetaldehyde from ethylene. | Distillation bottoms from the production of acetaldehyde from ethylene. | E740910 | 05/15/2000 | |
| Wastewater treatment sludge from the production of phorate. | Wastewater treatment sludge from the production of phorate. | E741215 | 05/15/2000 | |
| Wastewater from the washing and stripping of phorate production. | Wastewater from the washing and stripping of phorate production. | E741199 | 05/15/2000 | |
| Organic waste (including heavy ends, still bottoms, light ends, spent solvents, filtrates, and decantates) from the production of carbamates and carbamoyl oximes. | Organic waste (including heavy ends, still bottoms, light ends, spent solvents, filtrates, and decantates) from the production of carbamates and carbamoyl oximes. | E742247 | 05/15/2000 | |
| Wastewaters (including scrubber waters, condenser waters, washwaters, and separation waters) from the production of carbamates and carbamoyl oximes. | Wastewaters (including scrubber waters, condenser waters, washwaters, and separation waters) from the production of carbamates and carbamoyl oximes. | E742254 | 05/15/2000 | |
| Aldehydes | Aldehydes | E761379 | 08/15/2000 | |
| Volatile organic compounds | Volatile organic compounds | E761346 | 08/15/2000 | |
| Phenol, mixt. with formaldehyde | Phenol, mixt. with formaldehyde | E17160839 | | |

Top of Page

[Back to Search Results]

Last updated on September 1, 2015