# Law Office of Robert A. Tandy, LLC

Attorney at Law
Corporate Center
50 Tice Boulevard
Suite 363
Woodcliff Lake, New Jersey 07677

ROBERT A. TANDY*

*Member of NJ & NY Bar

Telephone: (201) 474-7103
Facsimile: (201) 474-7101
rtandy@tandylaw.com

October 25, 2017

**VIA PACER**
Hon. Jose L. Linares, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

    Re:    **Patricia O'Connor & Megan O'Connor v. The Dodge Company, Inc., et al, Civil Action No.: 2:16-cv-05177**

Dear Judge Linares:

As Your Honor will recall, Defendants Pierce Companies and Hydrol Chemical Company have filed motions to dismiss the Amended Complaint. Plaintiffs filed opposition to Defendant Pierce Companies' motion to dismiss. A review of the Pacer docket reveals that Hydrol filed its motion on October 6, 2017 for the November 6, 2017 return date (after Pierce), so the briefing schedule was different.

Unfortunately, due to what appears to be confusion in calendaring on our end, Plaintiffs' opposition to Hydrol's motion to dismiss was to be filed on or before October 30, 2017, in light of the October 6, 2017 filing. However, Your Honor's law clerk called to advise that we have actually missed the deadline to file said opposing papers.

In any case, under the circumstances, Plainitffs respectfully request that Your Honor permit us an extension to oppose Defendant Hydrol's motion to dismiss on or before November 6, 2017. If Your Honor grants this extension, that would place the due date for Hydrol's reply on or before November 13, 2017 and the return date for the motions on November 20, 2017.

October 25, 2017
Page 2
Re:   Patricia O'Connor & Megan O'Connor v. The Dodge Company,
      Inc., et al, Civil Action No.: 2:16-cv-05177

Thank you for Your Honor's attention to this matter.

                Respectfully submitted,

                **LAW OFFICE OF ROBERT A. TANDY, LLC**

                ROBERT A. TANDY

Cc: All Counsel of Record