AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | | |
|---|---|---|
| Patricia O'Connor and Megan O'Connor | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:16-cv-05177 |
| The Dodge Company, Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Pierce Chemicals Royal Bond Company incorrectly named herein as Pierce Companies.

Date:   03/30/2018

*Attorney's signature*

Kathryn T. Lundy
*Printed name and bar number*

Michelman & Robinson, LLP
800 Third Avenue, 24th Floor
New York, New York 10022

*Address*

klundy@mrllp.com
*E-mail address*

(212) 730-7700
*Telephone number*

(212) 730-7725
*FAX number*