**HARRIS BEACH PLLC**
One Gateway Center
Suite 2500
Newark, New Jersey 07102
(973) 848-1244

*Counsel for Defendant Hydrol Chemical Company, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICIA O'CONNOR and MEGAN O'CONNOR,<br><br>                         Plaintiffs,<br><br>v.<br><br>THE DODGE COMPANY, INC.; PIERCE COMPANIES; HYDROL CHEMICAL COMPANY; XYZ CORP. INC (1-100); JOHN DOES (1-100); and JANE DOES (1-100),<br><br>                         Defendants. | Civil Action No. 2:16-cv-05177<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for Defendant, Hydrol Chemical Company ("Hydrol"), in the above-referenced action and requests that my name be added to the docket sheet maintained by the Clerk of the Court, and that all notices required or given be provided to the undersigned and all papers required to be served in the above matter be served upon the following

David J. Dino, Esq.
HARRIS BEACH PLLC
100 Wall Street, 23rd Floor
New York, New York 10005
E-mail: ddino@harrisbeach.com
Telephone:   212-687-0100
Facsimile:   212-687-0659

or via ECF, consistent with the Local Rules of this Court. I certify that I am admitted to practice in this Court.

Dated: August 8, 2018
New York, New York

                                      **HARRIS BEACH PLLC**

                                      By:  /s/ David J. Dino
                                            David J. Dino
                                      One Gateway Center, Suite 2500
                                      Newark, New Jersey 07102
                                      Phone: (973) 848-1244
                                      Facsimile:     (212) 687-0659
                                      ddino@harrisbeach.com

                                      *Counsel for Defendant Hydrol Chemical Company, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing was served electronically via the Court's electronic filing system on August 8, 2018.

      By: _____
            David J. Dino