UNITED STATED DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICIA O'CONNOR and MEGAN O'CONNOR,<br><br>Plaintiffs,<br><br>v.<br><br>THE DODGE COMPANY, INC.; PIERCE COMPANIES; HYDROL CHEMICAL COMPANY; XYZ CORP., INC. (1-100); JOHN DOES (1-100) and JANE DOES (1-100);<br><br>Defendants. | CIVIL ACTION NO. 2:16-cv-05177<br><br>*Civil Action*<br><br>**CASE MANAGEMENT ORDER** |

**THE COURT** having conducted a case management conference, on March 25, 2019, with counsel for all parties appearing by telephone, and good cause having been shown;

**IT IS ON THIS 30TH DAY OF APRIL 2019;**

**ORDERED** that the completion of fact discovery is hereby extended for a period of ninety (90) days through **June 28, 2019;** and it is further

**ORDERED** that expert discovery is to remain open through **October 28, 2019;** and it is further

**ORDERED** that pursuant to Federal Rule of Civil Procedure 26(a)(2)(D), the parties shall identify their experts and deliver their expert reports in accordance wit the following deadlines:

  a) Plaintiffs shall provide responses discovery requests made by counsel for Defendant Pierce as it relates to additional products used by Plaintiff Patricia O'Connor that contain formaldehyde by **May 3, 2019.**

  b) All affirmative expert reports shall be delivered on or before **August 19, 2019.** Any such report shall be in the form and content as required by Fed. R. Civ. P. 26(a)(2)(B).

b) All responding expert reports shall be delivered on or before **September 26, 2019.** Any such report shall be in the form and content described above; and it is further

**ORDERED** that there will be a **telephone status conference** before the undersigned on **June 10, 2019** at **3:00 p.m.**. Counsel for plaintiffs is to initiate the call to 973-645-2580; and it is further

**ORDERED** that all portions of December 6, 2018 First Amended Pre-Trial Scheduling Order not specifically referencing due dates for various discovery events are incorporated herein by reference.

_____
Hon. Joseph A. Dickson
United States Magistrate Judge

cc: Hon. Jose L. Linares, USDJ