MICHELMAN & ROBINSON, LLP
800 Third Avenue, 24th Floor
New York, NY 10022
Tel: 212.730.7700

*Counsel for Defendant Pierce Chemicals Royal Bond Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICIA O'CONNOR and MEGAN O'CONNOR,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>THE DODGE COMPANY, INC.; PIERCE COMPANIES; HYDROL CHEMICAL COMPANY; XYZ CORP. INC (1-100); JOHN DOES (1-100); and JANE DOES (1-100),<br><br>　　　　　　　Defendants. | Civil Action No. 2:16-cv-05177<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

TO ALL PARTIES, THEIR COUNSEL OF RECORD, AND TO THIS COURT:

NOTICE IS HEREBY GIVEN that Attorneys Joshua David Blechner, Joshua M. Bernstein and Kathryn Tondel Lundy are no longer counsel for PIERCE CHEMICALS ROYAL BOND COMPANY in this case.

Please remove the following from your service list:

　　JOSHUA DAVID BLECHNER jblechner@mrllp.com, jblechner@gmail.com
　　JOSHUA M. BERNSTEIN joshua.bernstein@mrllp.com
　　KATHRYN TONDEL LUNDY klundy@mrllp.com

Warren A. Koshofer of Michelman & Robinson, LLP and Brooke K. Haley of Michelman & Robinson, LLP (admitted *pro hac vice*) **still remain counsel of record** for PIERCE CHEMICALS ROYAL BOND COMPANY.

Dated:      October 29, 2019

                                                 Respectfully Submitted,

                                                 Warren A. Koshofer (Bar No. 00264-1989)
                                                 Brooke K. Haley (admitted *pro hac vice*)
                                                 **MICHELMAN & ROBINSON, LLP**
                                                 800 Third Avenue, 24th Floor
                                                 New York, NY 10022
                                                 Tel: 212.730.7700
                                                 Fax: 212.730.7725
                                                 wkoshofer@mrllp.com
                                                 bhaley@mrllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of October, 2019, I caused a true and correct copy of Defendant PIERCE CHEMICALS ROYAL BOND COMPANY'S Notice of Disassociation of Counsel to be served via the Court's ECF system on all counsel of record.

_____
Warren A. Koshofer