# MCGIVNEY, KLUGER & COOK, P.C.
A COMMITMENT TO EXCELLENCE

18 COLUMBIA TURNPIKE, 3ʳᴰ FLOOR
FLORHAM PARK, NEW JERSEY 07932
(973) 822-1110 – TELEPHONE
(973) 822-1116 – FACSIMILE
www.mkclaw.us.com

December 10, 2019

**VIA ECF**
Honorable Joseph A. Dickson, U.S.M.J
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, 2D
Newark, NJ 07101

> RE: **O'Connor v. The Dodge Company et al.**
> **Civil Action No.: 2:16-cv-05177**
> **Our File No. 3378G-0002**

Dear Judge Dickson:

This office represents the Defendant, The Dodge Company, Inc. ("Dodge"), in the above matter. Please accept this correspondence as a response to the Court's Text Order on November 26, 2019 regarding the selection of a mediator on behalf of Defendant Dodge and the Plaintiffs in the above-referenced matter.

We have conferred with Plaintiff's counsel and have agreed to mediate the matter before Retired Judge P. Contillo. We have advised Judge Contillo of our intent to proceed, and he has provided us with his first availability, several dates in mid-February 2020. We are conferring with our clients to select a date that works for all parties.

We thank the Court for its continued courtesies and consideration.

Respectfully submitted,
**McGIVNEY, KLUGER & COOK, P.C.**

*Emily R. Weisslitz*
Emily R. Weisslitz, Esq.
eweisslitz@mklaw.us.com

ERW

cc: All Counsel of Record

BUFFALO, NY        FLORHAM PARK, NJ    FT LAUDERDALE, FL   HARTFORD, CT       LOS ANGELES, CA
(716) 626-3583     (973) 822-1110      (954) 848-3681      (860) 404-3000     (213) 995-2001

NEW YORK, NY       PHILADELPHIA, PA    SAINT LOUIS, MO     SPARTA, NJ         SYRACUSE, NY       WILMINGTON, DE
(212) 509-3456     (215) 557-1990      (314) 571-4332      (973) 726-4958     (315) 473-9648     (302) 656-1200

{F2037742-1}