**UNITED STATES DISTRICT COURT FOR THE**
**FEDERAL DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PATRICIA O'CONNOR and MEGAN O'CONNOR,<br><br>　　　　Plaintiffs,<br><br>　　　　vs.<br><br>THE DODGE COMPANY, INC.; PIERCE COMPANIES; HYDROL CHEMICAL COMPANY; XYZ CORP., INC. (1-100); JOHN DOES (1-100) and JANE DOES (1-100),<br><br>　　　　Defendants. | CIVIL ACTION No: 2:16-cv-05177 |

**ORDER GRANTING JOINT MOTION**
**FOR PARTIAL DISMISSAL**

Upon the joint motion of Plaintiffs, PATRICIA O'CONNOR and MEGAN O'CONNOR, and Defendants, PIERCE CHEMICALS ROYAL BOND COMPANY (now known as Firestone and Barber Investments, Inc. and referred to in this action as "Pierce Companies") and HYDROL CHEMICAL COMPANY, for a partial dismissal of this case in light of the Confidential Settlement Agreements reached by these parties;

It is hereby ORDERED that this action is DISMISSED WITH PREJUDICE as to all claims by and between Plaintiffs, PATRICIA O'CONNOR AND MEGAN O'CONNOR, and Defendants, PIERCE CHEMICALS ROYAL BOND COMPANY (now known as Firestone and Barber Investments, Inc. and referred to in this action as "Pierce Companies") and HYDROL CHEMICAL COMPANY. It is further ORDERED

4

that each party shall bear its own costs.

_____

The Honorable Esther Salas

UNITED STATES DISTRICT JUDGE

Dated:_____, 2020